# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Daniel G. Brenner
Bolen, Parker & Brenner
P. O. Box  11590
Alexandria LA 71315-1590

**REHEARING ACTION: December 21, 2016**

**Docket Number: 16   00514-CA**

**BRITTAINEY HUNTLEY**
**VERSUS**
**21ST CENTURY PREMIER INSURANCE COMPANY, ET AL.**

**Appealed from Vermilion Parish Case No. 98440**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **21st Century Premier Insurance Company** has this day been

    **DENIED.**

cc: Dana G. Hall, Counsel for the Appellee
    Jacob H. Hargett, Counsel for the Appellee